# IN THE SUPREME COURT OF THE STATE OF NEVADA

JOHN MICHAEL FOSTER,
                Appellant,

vs.

THE STATE OF NEVADA,
                Respondent.

No. 75927

**FILED**

JUN 15 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order denying a motion to correct overpaid restitution. First Judicial District Court, Carson City; James E. Wilson, Judge.

Because no statute or court rule permits an appeal from an order denying a motion to correct overpaid restitution in a criminal matter, we lack jurisdiction. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
Cherry

_____, J.
Parraguirre

_____, J.
Stiglich

cc: Hon. James E. Wilson, District Judge
John Michael Foster
Attorney General/Carson City
Carson City District Attorney
Carson City Clerk

18-22921